# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE SANDERS, | 1:08-cv-001357-AWI-BAK-GSA HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 16) |
| v. | ORDER GRANTING MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS (Doc. 12) |
| J. F. SALAZAR, Warden, | |
| Respondent. | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1) |
| | ORDER DENYING PETITIONER'S MOTION IN OPPOSITION TO MOTION TO DISMISS (Doc. 13) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 5, 2009, Respondent filed a motion to dismiss the petition. (Doc. 12). On February 2, 2009, Petitioner filed a motion in opposition to the motion to dismiss. (Doc. 13). On September 4, 2009, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending that Respondent's motion to dismiss be granted, that the petition for writ of habeas corpus be dismissed because for lack of exhaustion, and that Petitioner's motion in opposition to motion to dismiss be denied. (Doc. 16). This Findings and Recommendation was served on all parties and contained notice that any objections were to be

1 filed within fifteen days from the date of service of that order.  To date, the parties have not filed
2 timely objections to the Findings and Recommendation.
3        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted
4 a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that
5 the Magistrate Judge's Findings and Recommendation is supported by the record and proper
6 analysis.
7        Accordingly, IT IS HEREBY ORDERED that:
8    1.   The Findings and Recommendation, filed September 4, 2009 (Doc. 16), is
9         ADOPTED IN FULL;
10   2.   Respondent's Motion to Dismiss (Doc. 12), is GRANTED;
11   3.   Petitioner's Motion in Opposition to motion to dismiss (Doc. 13), is DENIED;
12   4.   This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and
13   5.   The Clerk of Court is DIRECTED to close the file.
14       This order terminates the action in its entirety.

16 IT IS SO ORDERED.
17 **Dated:   September 25, 2009**              /s/ Anthony W. Ishii
                                             CHIEF UNITED STATES DISTRICT JUDGE